UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-60199-CR-GOLD/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEFAN VLADIMIROV DIMOV,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

The Defendant, Stefan Dimov, filed a Motion to Suppress Evidence. [DE 25]. The Government filed a response [DE 30], and the Honorable Alan S. Gold referred the Motion to me for an evidentiary hearing [DE 28], which I held on October 1, 2010.

The Defendant raised one issue in his Motion: whether he made a knowing, voluntary and intelligent waiver of his *Miranda* rights, before he spoke with law enforcement officers. The Defendant's native language is Bulgarian; English is a second language for the Defendant, and he claims that he does not understand English well enough to have understood the *Miranda* warnings that were read to him in English.

At the conclusion of that hearing I made detailed findings of fact and conclusions of law in open court. In particular, I found that the Defendant understood English well enough to have understood the *Miranda* warnings that were read to him. I concluded that the

government established, by a preponderance of the evidence, that the Defendant made a voluntary, knowing and intelligent waiver of his privilege against self-incrimination and right to counsel.

Accordingly, for the reasons stated on the record at the conclusion of the October 1, 2010 suppression hearing, I respectfully **RECOMMEND** that the Defendant's Motion to Suppress Evidence [DE 25], be **DENIED**.

Pursuant to S.D. of Fla. Magistrate Rule 4(b), the parties may serve and file written objections with the Honorable Alan S. Gold, United States District Judge. Failure to file timely objections shall bar the parties from attacking on appeal any factual findings contained herein. Because the findings of fact and conclusions of law that are the basis of this Court's report and recommendation were made in open court, the Defendant, if he wishes to file objections to that report and recommendation, must obtain a transcript of the October 1st hearing, and file it with his objections. The deadline for doing so will be **October 25, 2010**. The government may file a response to any defense objections, but must do so no later than **November 1, 2010**.

DONE AND ORDERED in chambers at Miami, Florida this 15th day of October, 2010.

_____
CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

cc:
The Honorable Alan S. Gold
counsel of record

2