UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO: 10-60199-CR-GOLD

        Plaintiff,

VS.

STEFAN VLADIMIROV DIMOV,

        Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

This matter is before the Court pursuant to the Defendant's Motion to Suppress Evidence [DE 25].  The Government filed a response [DE 30], and the matter was referred to Magistrate Judge Chris McAliley [DE 28] for an evidentiary hearing which was held on October 1, 2010.

On October 18, 2010, Judge McAliley issued a Report and Recommendation [DE 33] in which she recommends that the Defendant's Motion [DE 25] be denied.  The parties were permitted to file objections to the Report and Recommendation by no later than October 25, 2010.  A review of the docket sheet reveals no objections have been filed.  Upon review of the record, it is hereby

**ORDERED AND ADJUDGED** as follows:

1) The Magistrate Judge's Report and Recommendation [**DE 33**] is hereby affirmed and adopted.

2) The Defendant's Motion to Suppress Evidence [**DE 25**] is hereby denied.

**DONE AND ORDERED** at Miami, Florida, this _____8th_____ day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:    Magistrate Judge Chris McAliley
       Counsel of record